E-FILED
Tuesday, 19 September, 2017  01:18:29 PM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

**FILED**
SEP 15 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America<br>v.<br>Jason Ballard<br>Ryan C. Robinson<br><br>Defendant(s) | Case No.<br>17-mj-3094 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 27, 2017__ in the county of __Fulton__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code,<br>Sections 841(a)(1) and (b)(1)(B) | Possession with intent to distribute 50 grams or more of methamphetamine |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

s/ Robert Krivanek
_Complainant's signature_

Special Agent Robert Krivanek
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 09/15/2017

s/ Tom Schanzle-Haskins
_Judge's signature_

City and state: Springfield, Illinois

Tom Schanzle-Haskins, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Robert J. Krivanek, being first duly sworn hereby do depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation, and have been since August 24, 2014. I have received extensive training in criminal investigations, specifically violent incident crimes and violent gang investigations. I have conducted several federal violent gang investigations involving methamphetamine conspiracies. I have also been involved in the execution of numerous search warrants. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 21 U.S.C. §§ 841 and 846, and I am authorized by the Attorney General to request a search warrant.

2. The information contained in this affidavit is based upon my personal knowledge of this investigation, and upon information provided by other law enforcement personnel. This affidavit does not contain all the facts known to agents, only those believed to be necessary to establish probable cause.

3. This affidavit is submitted in support of a complaint charging JASON BALLARD, date of birth: November 8, 1985, and RYAN ROBINSON, date of birth: February 9, 1984, with possession with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B).

4. I am familiar with the following facts based upon my own personal observation and upon information officially supplied to me by other law enforcement agents.

## PROBABLE CAUSE

5. On August 27, 2017, officers with the Quincy Police Department (QPD) were conducting surveillance on a residence located at 2112 Rainbow Lane, Quincy, IL, 62305. While conducting surveillance, officers saw EVERETT E. HUMPHREY'S silver Nissan SUV parked in the driveway under the carport of 2112 Rainbow Lane. Officers also saw a black Jeep Grand Cherokee with tinted windows and California registration number 7YLM750 parked behind the silver Nissan SUV registered to JOHN B. VARLEY. A third car, a Chrysler 300 with Illinois registration Y985300 and driven by HUMPHREY, was parked in front of 2112 Rainbow Lane. Approximately 45 minutes later, officers saw the Jeep Grand Cherokee and Chrysler 300 leave the house and drive in opposite directions.

6. On August 27, 2017, a search warrant was executed on the residence at 2112 Rainbow Lane. Present in the house during the execution of the search warrant was EVERETT HUMPHREY, date of birth: September 25, 1957 (EVERETT E. HUMPHREY's father). Inside the residence, officers found numerous baggies containing a crystal-like substance that field-tested positive for methamphetamine. In total, officers found approximately 10.18 pounds (4.6 kilograms) of methamphetamine. The methamphetamine was separated into

numerous baggies and found in various places in the residence, including in the living room closet, a living room side table, and a well shelf in the kitchen. Also recovered was fifteen bags of suspected cannabis, weighing approximately 3.7 kilograms inside a suitcase in the hallway. Additional drug paraphernalia was recovered including a digital scale, heat sealer and baggies, and envelopes labeled with nicknames.

7. On August 27, 2017, at approximately 5:49pm, law enforcement in Fulton County received information that the black Jeep Grand Cherokee with California registration was potentially involved in the methamphetamine and cannabis delivered to the house at 2112 Rainbow Lane. At 6:06pm, Officers observed the Jeep speeding at 59 miles per hour in a 55 mile per hour zone and pulled the car over on Lockard Lane. Officers saw BALLARD sitting in the driver's seat and ROBINSON seated in the front passenger seat. At 6:11pm, a K9 unit arrived on scene and conducted a dog sniff of the car. The K9 alerted to the car. BALLARD and ROBINSON complied with a request to step out of the car. BALLARD denied having any illegal items in the car. Officers searched the car and found a blue insulated Aldi shopping bag in the back seat of the passenger side of the car. Inside the Aldi bag was three vacuum-sealed bags of cannabis weighing 6.55 pounds and a sandwich bag filled with methamphetamine weighing 8 ounces. Officers also removed $1,550 from BALLARD's person. Officers field tested the cannabis and methamphetamine, both items tested positive for controlled substances.

8. Based on the foregoing information, I respectfully submit that there is probable cause to believe that JASON BALLARD and RYAN ROBINSON, have violated Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), by possessing with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a schedule II controlled substance. This violation occurred in Fulton County, Illinois, which is within the Central District of Illinois.

FURTHER AFFIANT SAYETH NOT.

s/ Robert J. Krivanek
_____
Robert J. Krivanek
Special Agent, FBI

Subscribed and sworn to before me September 15, 2017

s/ Tom Schanzle-Haskins
_____
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE

4